ACCEPTED
03-14-00650-CV
5565369
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/5/2015 2:06:30 PM
JEFFREY D. KYLE
CLERK

## WESLEY SPEARS AND RENEE JACOBS, APPELLANTS

## V.

## FALCON POINTE COMMUNITY ASSOCIATION, APPELLEE

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/5/2015 2:06:30 PM
JEFFREY D. KYLE
Clerk

## NO. 03-14-00650CV

## June 5, 2015

## APPELLANTS' MOTION FOR PERMISSION FILE THEIR REPLY BRIEF LATE

Wesley S. Spears, State Bar No. 18898400, Spears Law, 401 Congress Avenue., Suite 1540, Austin, Texas 78701, Tel. 512-696-2222, Fax. 512-687-3499 Attorney for Appellants, email, wesleys637@yahoo.com.

Appeal from County Court One of Travis County, Texas

No. 3-14-00650

C-1-CV-13-010214

## IDENTITY OF PARTIES AND COUNSEL

Appellants, Wesley Spears and Renee Jacobs

Appellants' counsel

Wesley S. Spears, State Bar No. 18898400, Spears Law, 401 Congress Avenue., Suite 1540, Austin, Texas 78701, Tel (512)696-2222, Fax. 512-687-3401.

Appellee, Falcon Pointe Community Homeowners' Association

Appellee's Counsel

David Chamberlain, Chamberlain and McHaney, 301 Congress Avenue, 22nd Floor, Austin, Texas 78701 Tel. 512-474-9124, Fax. 512-474-8582

Appellants hereby moves for an order of the Court granting this Motion to allow appellants' to file their Reply Brief on or before June 11, 2015. Counsel for the appellants is currently out of town. Counsel for the Appellee does not oppose this Motion.

Wherefore, the plaintiff hereby requests that the Third District Court of Appeals grant this Motion for Continuance.

Appellants' Wesley Spears and Renee Jacobs

By:/S/WESLEY SPEARS
Wesley Spears
Bar No.18898400
401 Congress Avenue,
Suite 1540
Austin, Texas 78701
Tel.: 512-696-2222
Fax.: 512-687-3499
Attorney for Appellants

## CERTIFICATION OF CONFERENCE

This is to certify that appellants' counsel, Wesley Spears and appellee's conferred on this 4th day of June, 2015, pursuant to Tex. R. App. P. 10.1 (a) (5) regarding the foregoing Motion. Appellee does not object to the Third Court of Appeals granting the foregoing Motion to allow Appellants to file their Brief that exceeds the civil word count for civil Briefs.

/s/Wesley Spears

_____

Wesley Spears

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Motion was served on

counsel for appellee, David Chamberlain, Chamberlain and McHaney,

301 Congress Avenue, 22nd Floor, Austin, Texas 78701 Tel. 512-474-

9124, Fax. 512-474-8582 By EMAIL on this 4th day of June, 2015.

Appellants, Wesley Spears and
Renee Jacobs

By:/S/Wesley Spears
Wesley Spears
Bar No.18898400
401 Congress Avenue,
Suite 1540
Austin, Texas 78701
Tel.: 512-696-2222 Fax.:
512-687-3499
Attorney for Appellants

3